Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Strett
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00107-KJM |
| Plaintiff, | **DEFENSE STATUS MEMORANDUM** |
| v. | |
| RONALD YANDELL, | |
| DANNY TROXELL, | |
| WILLIAM SYLVESTER, | |
| TRAVIS BURHOP, | |
| BRANT DANIEL, | |
| DONALD MAZZA, | |
| PAT BRADY, | |
| JASON CORBETT, | |
| SAMUEL KEETON, and | |
| KRISTEN DEMAR | |
| Defendants. | |

BARTH DALY LLP
Attorneys At Law
Davis, California

## I. HISTORY

The defendants were indicted on June 14, 2019. Many of the defendants in this case were in custody and the government filed for and obtained Writs of Habeas Corpus ad Prosequendum to

secure their presence.  Three defendants, Matthew Hall, Justin Petty[1] and Kathleen Nolan, have not yet made appearances in this case.  The remaining defendants were arraigned over the course of several weeks in July and August 2019.  In addition to trial counsel, learned counsel has been appointed for Ronald Yandell, William Sylvester, Brant Daniel, Pat Brady and Jason Corbett.

On July 22, 2019 the government filed a notice of related cases, relating the above captioned case to *United States v. Zavaleta*, Case No. 2:19-cr-00110, *United States v. Butler, et al*, 2:19-cr-00079, and *United States v. Quesenberry, et al,* 2:19-cr-00091.  An order relating the cases was signed by this court on July 31, 2019.

## II. CURRENT STATUS

### A. Discovery

Due to the voluminous nature of the discovery in this case, as well as the fact that there are multiple related cases, the court appointed a discovery coordinator in this matter.  The defendants are informed and believe the discovery coordinator received the first round of discovery from the government on or about August 19, 2019.  The discovery coordinator has informed defense counsel he intends to have discovery available to defense counsel beginning the week of August 26, 2019.

### B. Conditions of Confinement

The below is a partial list of the issues the defendants and their counsel are facing with the Sacramento County jail.  This list is illustrative but hardly exhaustive.  This list applies to all defendants currently housed in the Sacramento County Jail which at the time of writing <u>excludes</u> the following individuals named in the indictment: Brant Daniel, Michael Torres, Kevin MacNamara Kristen Demar and Jeanna Quesenberry.

### 1. The Defendant's Ability, or Lack Thereof, to Review Discovery

The jail is only allowing the defendants to meet with their attorneys in non-pass through booths.  There are three attorney booths on the floor where the defendants are housed, but only one is

---

[1] Justin Petty was recently detained in the Central District of California.  Transfer documents were filed on August 20, 2019.

BARTH DALY LLP
Attorneys At Law
Davis, California

a non-pass through booth, and it is only large enough for one person on either side. An attorney and an investigator cannot meet with a client confidentially in the one booth that is being made available. The jail can address this problem by making all of the booths have the capability of being non-pass through booths. Other jails, such those in Placer County, have installed doors that cover the document slot with a lock on the jailer side. Doing the same thing in Sacramento would allow all of the booths to be both pass through and non-pass through booths. The jail has already made modifications to the defendants' housing location by installing additional locks on the outside of their cell doors. Making slight modifications to the attorney booths so that they are all accessible is not unreasonable. Additionally, only one defendant can be seen at time for professional visits. Given the number of defendants on 8W and the need to meet with our clients once the discovery floods in having only one booth available is going to make visiting our clients and reviewing the material functionally impossible.

When defense counsel has attempted to provide clients with documents members of the Sacramento County Sheriff's Department read those documents prior to handing them to a client. Such conduct invades the attorney-client privilege and is neither legally defensible nor constitutionally permissible.

The defense is informed there are approximately 1,800 hours of wire tapped phone calls. The defense anticipates hours of videos. Each of our clients have a right to review this information. None of the visiting booths in the Sacramento County jail have electrical outlets – meaning this information can only be viewed by a client for a short period of time, the length of time a lap-top battery will last. Because of the configuration of the visiting booths, other inmates and guards can see the computer screen being shown to a client.

### 2. Conditions of Confinement

Most of the male defendants in this case are being held at the Sacramento Main Jail in Total Separation. They are locked up in solitary confinement and subject to harsh, prolonged, and undue isolation. These defendants are locked up in dark, cramped, fillty cells for 23 ½ hours or more per

BARTH DALY LLP
Attorneys At Law
Davis, California

day.  While held in isolation, defendants are deprived of human contact, programming, fresh air, and sunlight.

Defendants are not receiving all of their medications.  Most of them were inmates at other facilities before arriving at the Sacramento Main Jail.  Many of them had medical records, and "choronos" from other facilities documenting their needs.  Generally, the jail is either failing to provide, or causing long delays, in defendants receiving their medications.

### 3.  Lack of Reasonable Access to the Telephone

Defendants do not have reasonable access to the telephone to contact their attorneys and family members.  They are not allowed out of their cells during business hours to contact their attorneys.  Defendants are often allowed outside their cells late at night or in the middle of the night. The jail is required to allow defendants reasonable access to a telephone. Cal. Pen. C. Section 6030. Only making the phone available when no one is awake to answer is unreasonable.

### 4.  Medical Care

Defendants are not receiving all of their medications.  Most of them were inmates at other facilities before arriving at the Sacramento Main Jail.  Many of them had medical records, and "choronos" from other facilities documenting their needs.  Generally, the jail is either failing to provide, or causing long delays, in defendants receiving their medications.

### 5.  Hot Water

In the event defendants are allowed to receive commissary items, they do not have hot water to cook meals such as ramen noodles.   Since defendants are locked in their cells, they are required to have hot waters for meals and hygiene.

### 6.  Conclusion re Conditions of Confinement

On July 31, 2019 the defendants sent a joint letter[2] to the US Attorney's office, the United States Marshal's Service and the Sacramento County Sheriff's Department detailing the numerous

---

[2] A courtesy copy of the letter is attached.

BARTH DALY LLP
Attorneys At Law
Davis, California

1   issues and problems our client's current conditions of confinement are and will continue to cause. As

2   of the filing of this motion we have not received a substantive response.

3        The defense anticipates filing a motion before this court in the coming weeks detailing the

4   specific problems and requesting remedies.

5       **C. Conditions of Confinement Regarding Brant Daniel**

6        Brant Daniel has also experienced problems concerning his conditions of confinement at New

7   Folsom Prison. He intends to address these issues in a motion or joinder with the other defendants'

8   motion.

9     **III. FUTURE DATES**

10        The undersigned defendants request a future status hearing eight to ten weeks from August

11   26, 2019.

12   Dated: August 20, 2019.

13                   By   /s/ Peter Kmeto

14                        PETER KMETO

15                        Attorney for Ronald Yandell

16   Dated: August 20, 2019.

17                   By   /s/ Todd Leras

18                        TODD LERAS

19                        Attorney for Danny Troxell

20

21   Dated: August 20, 2019.

22                   By   /s/ Hayes Gable

23                        HAYES GABLE

24                        Attorney for William Sylvester

25   Dated: August 20, 2019.

26

27                   By   /s/ Tim Pori

                       TIM PORI

28                        Attorney for Travis Burhop

BARTH DALY LLP
Attorneys At Law
Davis, California

Dated:  August 20, 2019.

By    /s/ John Balazs
      JOHN BALAZS and TIMOTHY WARRINER

      Attorneys for Brant Daniel

Dated:  August 20, 2019.

By    /s/ Mark Flemming
      MARK FLEMMING

      Attorney for Donald Mazza

Dated:  August 20, 2019.

By    /s/ John Manning
      JOHN MANNING

      Attorney for Pat Brady

Dated:  August 20, 2019.

By    /s/ Kresta Nora Daly
      KRESTA NORA DALY

      Attorney for Jason Corbett

Dated:  August 20, 2019.

By    /s/ David Fischer
      DAVID FISCHER

      Attorney for Samuel Keeton

Dated:  August 20, 2019.

By    /s/ Candice Fields
      CANDICE FIELDS

      Attorney for Kristen Demar