| Subject: | RE: Corbett |
|---|---|
| Date: | Friday, November 5, 2021 at 12:17:20 PM Pacific Daylight Time |
| From: | Hitt, Jason (USACAE) |
| To: | Kresta Daly |
| CC: | Richard Novak |
| Attachments: | image001.png |

Hi Kresta, sorry for the delay responding.
I'll follow up and let you know if there was any movement.

J.

**From:** Kresta Daly <kdaly@barth-daly.com>
**Sent:** Wednesday, November 3, 2021 1:37 PM
**To:** Hitt, Jason (USACAE) <JHitt@usa.doj.gov>
**Cc:** Richard Novak <richard@rgnlaw.com>
**Subject:** [EXTERNAL] Corbett

Hi Jason

In July you said the government was working with the Marshal's service to secure funding for increased sound proofing for the booths at the jail. Any update on this?

Kresta

**Kresta Daly**
**Barth Daly LLP**

PO Box F
Winters, CA 95694
Office 916-440-8600
Direct 916-440-8695
www.krestadaly.com
www.barth-daly.com
[preferred pronouns – she/hers]

THE INFORMATION CONTAINED IN THIS E-MAIL IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT
 INFORMATION OR WORK PRODUCT.   IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
 USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE
 RECEIVED THIS E-MAIL IN ERROR, PLEASE DELETE THIS MESSAGE FROM YOUR COMPUTER AND IMMEDIATELY NOTIFY THE
 SENDER BY TELEPHONE AT (916) 440-8600.  THANK YOU.