1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   ROSS PEARSON
3  DAVID SPENCER
   Assistant United States Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,              CASE NO.  2:19-CR-00107-KJM

13                        Plaintiff,       STIPULATION EXCLUDING TIME UNDER THE
                                           SPEEDY TRIAL ACT FOR DEFENDANT
14            v.                           KATHLEEN NOLAN; FINDINGS AND ORDER

15  KATHLEEN NOLAN,

16                        Defendant.

17

18

19                              **STIPULATION**

20         1.      On March 31, 2023, defendant Kathleen Nolan made her initial appearance on the

21  Superseding Indictment in the Eastern District of California.  ECF 1479.  The Magistrate Judge

22  arraigned the defendant and she entered not guilty pleas.  ECF 1479.  Counsel for the defendant, Chris

23  Cosca, Esq., was appointed during the hearing.  The Court set defendant Nolan for status on April 26,

24  2023, and excluded time from the Speedy Trial Act under Local Codes T2 and T4 up to the status

25  conference date of April 26. ECF 1479.

26         2.      On April 26, 2023, defendant Nolan and her counsel waived appearance at the status

27  conference pursuant to Chief Judge Mueller's established protocol for this particular case.

28  ///

    STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FOR
    DEFENDANT KATHLEEN NOLAN

3.      By this stipulation, the parties now move for a finding of excludable time under Local Codes T2 and T4 as to defendant Nolan between April 26, 2023, and the trial date of February 26, 2024.

4.      The parties agree and stipulate, and request that the Court find the following:

a)      The disclosures in this case are complex and voluminous.  The Court has previously found the case to be complex under Local Code T2.  ECF 988.  Eight substantial production of discovery (approximately 104,130 items) have previously been disclosed.  In addition, the case has featured an evidentiary hearing as well as substantial motion practice and hearings on those motions.  Counsel for defendant Nolan will need substantial time to review the disclosures, determine which motions to review and decide whether to review or order transcripts of proceedings previously held in this case.  Time should therefore be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2].

b)      In addition, there is a pending motion, a motion for a bill of particulars, ECF 1430.  Time is therefore also excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) [Local Code E], in addition defendant Nolan is an unsevered co-defendant joined with six co-defendants who are set for trial on February 26, 2024 and time is therefore excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(6) [Local Code R].

c)      Counsel for defendant Nolan believes that failure to grant the above-requested exclusion of time would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based upon the matters detailed above, the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant Nolan in a trial within the original date prescribed by the Speedy Trial Act.

///

///

///

///

STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FOR
DEFENDANT KATHLEEN NOLAN

1    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4

5         IT IS SO STIPULATED.

6

7  Dated:  April 27, 2023                          PHILLIP A. TALBERT
                                                    United States Attorney

8                                                   /s/ *Jason Hitt*
                                                    JASON HITT
9                                                   Assistant United States Attorney

10

11  Dated:  April 27, 2023                         /s/ *Chris Cosca*
                                                    CHRIS COSCA, Esq.
                                                    Authorized to sign for Mr. Cosca on 4-27-23
12                                                  Counsel for Defendant
13                                                  KATHLEEN NOLAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        IT IS SO FOUND AND ORDERED this 28th day of April, 2023.

3

4        _____

5        CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FOR

DEFENDANT KATHLEEN NOLAN